# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-6539 MRW | Date | September 29, 2017 |
|---|---|---|---|
| Title | Star Fabrics v. Joah | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

Plaintiff filed a notice to dismiss this case without prejudice. (Docket # 9.) This action is dismissed without prejudice.